■ Friendly Ice Cream Corp., Appellant, v William Burckhardt, Respondent.—In an action, *inter alia,* to recover moneys assertedly con-

verted by defendant, plaintiff appeals (1) as limited by its brief, from so much of an order of the Supreme Court, Nassau County, dated November 15, 1976, as, *inter alia,* granted defendant's motion for summary judgment, severed the latter's counterclaims and vacated a prior order of attachment and (2) a judgment of the same court, dated December 17, 1976, entered thereon. Judgment reversed and order reversed insofar as appealed from, with $50 costs and disbursements, motion for summary judgment denied, order of attachment reinstated and action remanded to the Supreme Court for a trial on the issue of conversion and further proceedings consistent herewith. On this record we find issues of fact presented which can only be resolved at a plenary trial and preclude the granting of summary judgment. The record includes a sworn affidavit by appellant's district manager which contradicts respondent's assertions in support of his motion for summary judgment. Appellant should be granted an opportunity to prove its case at a trial on the merits. Hopkins, J. P., Latham, Margett and Rabin, JJ., concur.